**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

FEDERAL TRADE COMMISSION,

Plaintiff,

v.

BRYAN J. KRUCHTEN, doing business as PAGE CREATORS d/b/a PAGECREATORS.NET,

and

TRINITY HOST, LLC d/b/a TRINITYHOST.COM,

Defendants.

Court File No. 01-523 ADM/RLE

**ORDER**

To facilitate the Receivers in performing their duties as set forth in the Court's Amended Temporary Restraining Order, dated March 22, 2001, and the Preliminary Injunction, dated April 24, 2001,

**IT IS HEREBY ORDERED** that Bryan J. Kruchten and his attorneys Matthew P. Franzese, Leuthner Law Office, 1211 Broadway, Suite 2, P.O. Box 67, Alexandria, MN 56308, and Howard I. Bass, Meshbesher & Spence, 1616 Park Avenue South, Minneapolis, MN 55404, appear for a meeting with the Receivers on May 2, 2001 at 10:00 a.m. at the United States Federal Courthouse, Courtroom 13W, 300 South Fourth Street, Minneapolis, MN 55415.

APR 24 2001
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Because certain individuals have been identified in the Defendants' business documents and financial records, the following individuals, and any attorneys representing the individuals, should also appear at the above-referenced meeting on May 2, 2001:

Paul and Deb Kruchten
2000 South Broadway or 1213 Lark Street
Alexandria, MN 56308

Mindy Arthur/Bullick
108 5th Avenue East
Osakis, MN 56360

HONORABLE ANN D. MONTGOMERY
UNITED STATES DISTRICT JUDGE

Dated: April 24, 2001