UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-523 ADM/RLE

FEDERAL TRADE COMMISSION,

Plaintiff,

v.

BRYAN J. KRUCHTEN, doing business as PAGE CREATORS d/b/a PAGECREATORS.NET,

and

TRINITY HOST, LLC d/b/a TRINITYHOST.COM,

Defendants.

**ORDER**

This matter is before the Court on the parties' joint stipulation and motion for an extension of the Court's August 15, 2001 Pretrial Schedule. Specifically, the parties seek extensions of the discovery schedule and the time within which the parties may amend the pleadings.

The Court has reviewed the parties' submissions and finds good cause, within the meaning of Local Rule 16.3, to grant the extension.

IT IS HEREBY ORDERED that:

1. The parties' joint motion is granted;

2. The Pretrial Schedule is amended as follows:

A. All discovery shall terminate on November 21, 2001;

(26)

FILED SEP 06 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

B. All Motions which seek to amend the pleadings or add parties must be filed and the Hearing thereon completed on or before November 7, 2001;

C. All nondispositive Motions shall be filed and the Hearing thereon completed prior to December 21, 2001;

D. All dispositive Motions shall be filed and the Hearing thereon completed prior to January 12, 2002;

E. This case shall be ready for Trial on March 7, 2002.

3. All other provisions of the Court's August 15, 2001 Pretrial Schedule remain in effect.

Dated: 9/6/01

Raymond L. Erickson

RAYMOND L. ERICKSON
United States Magistrate Judge

**Please forward this announcement to the recipient of this fax.**

---

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

**For additional information on either program please visit our website at www.mnd.uscourts.gov.**

---

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500