UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
DIVISION

---

FEDERAL TRADE COMMISSION,

Plaintiff,

v.

BRYAN J. KRUCHTEN, doing business as PAGE CREATORS d/b/a PAGECREATORS, NET,

and

TRINITY HOST, LLC d/b/a TRINITYHOST.COM,

Defendants.

**Case No. 01-5233 ADM/RLE**

**ORDER**

---

IT IS HEREBY ORDERED that the Receivers are authorized to disperse $5,000 in Receivership funds to Greene Espel, PLLP, for payment towards the invoice attached at Exhibit A.

Dated: November 20, 2001

Ann D. Montgomery
Judge of the District Court

NOV 20 2001

FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

2302884.1

(612)373-0830

Greene Espel, P.L.L.P.
ATTORNEYS AT LAW
333 South Seventh Street, Suite 1700
Minneapolis, Minnesota 55402

Fed. ID #41-1745818

**Invoice # 18088**
**June 29, 2001**

**Bryan J.Krutchen**
**Page Creators/d/b/a pagecreators.net**
**108 5th Avenue East**
**Osakis, MN 56360**

| | |
|---|---|
| Previous Balance: | $36,540.22 |
| Less Payments Received: | $0.00 |
| Less Adjustments Applied: | $0.00 |
| Net Previous Balance: | $36,540.22 |

In the matter of: FTC v. Bryan Krutchen, doing business as Page Creators d/b/a pagecreators.net and Trinity Host, LLC d/b/a trinityhost.com

Our file number: 2465 0001 BTJ

***This invoice contains charges through May 31, 2001***

| ***Fee Transactions*** | | | ***Hours*** | ***Total*** |
|---|---|---|---|---|
| 05/01/2001 | LMO | Review and respond to technical support e-mails; discussion with Becky Thorson regarding language to be used for responses to questions concerning refunds; preparation of detailed outline by account for questioning to be used at hearing. | 5.30 | 583.00 |
| 05/02/2001 | BTJ | Prepare for receivership hearing before Judge Ann Montgomery; attend and participate in receivership hearing in Federal District Court before Judge Ann D. Montgomery; post-hearing conference with co-receiver Becky Thorson. | 3.00 | 750.00 |
| 05/02/2001 | BRT | Prepare for and participate in hearing regarding receivership responsibilities. | 5.10 | 1,020.00 |
| 05/02/2001 | LMO | Preparation for and attendance at hearing with Judge Montgomery; receipt and review e-mail messages concerning technical support for Trinity Host. | 3.50 | 385.00 |
| 05/04/2001 | LMO | Review technical support information with consultant; review and respond to e-mails from Trinity Host customers concerning technical support questions. | 1.00 | 110.00 |
| 05/06/2001 | BRT | Prepare first draft of order to close down Trinity Host and modify receivership responsibilities. | 2.60 | 520.00 |
| 05/07/2001 | BTJ | Conference with Steve Wernikoff (FTC); review and revise proposed order for Judge Montgomery regarding close down of Trinity Host | 1.50 | 375.00 |
| 05/07/2001 | BRT | Finalize proposed order and work on receivership issues. | 4.50 | 900.00 |
| 05/07/2001 | LMO | Respond to technical support e-mails for Trinity Host; respond to e-mail concerning Page Creators support and account question; meeting with Becky Thorson regarding the proposed order to Judge Montgomery and procedures anticipated to take place for potential shut down of business; telecommunications with Verio regarding e-mail issues from clients, work with FTP settings on server | 3.50 | 385.00 |

| | | | | |
|---|---|---|---|---|
| | | manager. | | |
| 05/08/2001 | BRT | Discuss proposed order with Judge Montgomery's law clerk; continue work on receivership issues relating to close down. | 3.70 | 740.00 |
| 05/08/2001 | LMO | Review and respond to e-mails concerning technical support issues for the Trinity Host customers; discussion with Becky Thorson concerning problems concerning customer e-mail and solution achieved. | 1.00 | 110.00 |
| 05/09/2001 | BRT | Work on receivership close down period and technical issues. | 5.00 | 1,000.00 |
| 05/10/2001 | BRT | Continue work on receivership issues and close-down of business. | 3.70 | 740.00 |
| 05/10/2001 | LMO | Receipt and review of the Judge's order shutting the business down by 6/30/01; meeting to discuss the strategy for shutting the business down; receipt and review e-mails concerning technical support; discussion with Ann Irvine concerning assistance with notification of customers and vendors regarding the shut down. | 3.00 | 330.00 |
| 05/14/2001 | BTJ | Meeting with DEA regarding receipt of pharmaceuticals from overseas and transfer of custody of controlled substances. | 1.00 | 250.00 |
| 05/14/2001 | AMI | Strategize regarding process for closing down business (i.e. notifying customers, switching domain names, etc.) | 1.50 | 165.00 |
| 05/14/2001 | LMO | Review and respond to technical support e-mails. | 0.40 | 44.00 |
| 05/15/2001 | AMI | Notify key vendors regarding shutdown; begin preparing customer list for use in notification and shutdown process; draft notice letter to customers. | 3.80 | 418.00 |
| 05/15/2001 | BRT | Respond to technical issues with server and possible hacking incident. | 1.50 | 300.00 |
| 05/15/2001 | LMO | Modify user rights in the Trinity Host server management, in response to technical support; review and respond to technical support issues, assist customer with uploading problems. | 2.00 | 220.00 |
| 05/16/2001 | AMI | Prepare customer list and organize documents in preparation for closing down Trinty Host. | 2.10 | 231.00 |
| 05/16/2001 | BRT | Continue work on Trinity Host receivership; respond to password issues. | 1.30 | 260.00 |
| 05/16/2001 | LMO | Meeting with Ann Irvine and Becky Thorson regarding structure of letter for contacting vendors and clients of Trinity Host; begin preparation excel spreadsheet of customer list, review current list from the site administrator and compare it with the customer list; draft letter to customers; prepare folders for correspondence with individual customers. | 2.50 | 275.00 |
| 05/17/2001 | AMI | Troubleshoot server and e-mail issues; draft correspondence and facilitate forwarding of Court Orders to four key vendors; respond to customer e-mails. | 4.10 | 451.00 |
| 05/17/2001 | LMO | Telecommunications with vendors Verio and Skynet regarding e-mail system and FTP capabilities being down, locate and fix issues concerning inability to upload files on customer sites, re-administer some passwords and administration keys to customers currently locked out of their systems; work with Skynet to locate "missing" customers from the server manager profiles. | 4.50 | 495.00 |
| 05/18/2001 | LMO | Communication with PayPal regarding transferring of funds to Trinity Host account; communications with Skynet and Verio regarding various problems with e-mail pop3 and smtp; tel-netting into unix server for verification of group read/write settings; communication with technical support at LDSI; receipt and respond to e-mails | 5.50 | 605.00 |

| | | | | |
|---|---|---|---|---|
| | | concerning technical support issues of customers; communication with Jean Mattei regarding Trinity Host account and accounting procedures. | | |
| 05/21/2001 | BRT | Continue work on receivership duties. | 4.50 | 900.00 |
| 05/22/2001 | LMO | Receipt and review mail from Trinityhostmail.com six source accounts, respond to mail received from accounts, create e-mail response to be sent to all of the customers, continue comparing customer lists with the customers in Excel spreadsheets, communication with Skynet and Verio regarding hackers penetrating system. | 3.50 | 385.00 |
| 05/23/2001 | AMI | Coordinate sending e-mails to customers; verify customer e-mail addresses. | 0.70 | 77.00 |
| 05/23/2001 | LMO | Send out e-mail to all of the customers on the Excel spreadsheet as well as customers from the server manager list alerting them about the server being down and the need to assign new passwords, also alert them of the fact they should be getting a new web host and registrar on or before 6/30; review with BeckyThorson the process for receivership to receive transfer of funds; verification with paralegal Ann Irvine the status of the letters with the attachment of the Injunction and Order; continue working with LDSI and Skynet regarding server maintenance and revisions to Unix code for group settings. | 4.50 | 495.00 |
| 05/24/2001 | LMO | Changes to customer passwords as they are requested, complete the e-mail mailing to the customers from the Trinity Host customer list and administrator manager list; communication with LDSI regarding resetting the administrator rights and continued lock out of customers due to hacking; begin assigning permanent passwords and logging into excel; printing and follow-up with customer questions and comments due to server shut-down. | 5.50 | 605.00 |
| 05/25/2001 | LMO | Review and respond to technical support questions on the Trinity Host server; review all of the mail for Page Creators and personal items that need to be returned to Kruchten counsel. | 2.90 | 319.00 |
| 05/29/2001 | LMO | Review technical support issues; follow-up regarding documentation and e-mail messages to customers regarding shut-down. | 2.00 | 220.00 |
| 05/31/2001 | LMO | Technical support, create and review e-mail messages to clients of Trinity Host. | 0.80 | 88.00 |
| | | **Total fee charges:** | **101.00** | **$14,751.00** |

## *Expense Transactions*

| | | *Total* |
|---|---|---|
| 05/09/2001 | Vendor Federal Express Corporation; Delivery to Steven W. Wernikoff | 34.84 |
| 05/09/2001 | April 2001 Postage Charges | 6.29 |
| 05/09/2001 | April 2001 in-house photocopies charges | 38.90 |
| 05/16/2001 | Vendor Cable & Wireless; April 2001 long distance charges | 3.68 |
| | **Total expenses charges:** | **$83.71** |
| | **Total Current Charges:** | **$14,834.71** |

| *Timekeeper Fee Summary* | *Initials* | *Hours* | *Rate* | *Total* |
|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| Irvine, Ann M. | AMI | 12.20 | $110.00 | $1,342.00 |
| Thorson, Becky R. | BRT | 31.90 | $200.00 | $6,380.00 |
| Jones, B. Todd | BTJ | 5.50 | $250.00 | $1,375.00 |
| O'Donnell, Laura M. | LMO | 51.40 | $110.00 | $5,654.00 |
| | **Total fee charges:** | **101.00** | | **$14,751.00** |

## *Matter Account Summary:*

| | |
|---|---|
| Total professional services | $14,751.00 |
| Total expenses advanced | $83.71 |
| ***Net total of this invoice*** | ***$14,834.71*** |
| Balance forward | $36,540.22 |
| ***Please pay this amount*** | ***$51,374.93*** |

| 1 to 30 Days | 31 - 60 Days | 61-90 Days | 91-120 Days | Over 120 Days |
|---|---|---|---|---|
| $0.00 | $24,207.22 | $12,333.00 | $0.00 | $0.00 |

**Becky Thorson and B. Todd Jones as Receivers for Bryan J. Kruchten, dba Page Creators and dba Trinity Host**
**Kruchten Trust Account: 4416376**

**Check Register**

| Check No. | Date | Payee or Deposit Source | Check Amount | Deposit Amount | Interest | Balance |
|---|---|---|---|---|---|---|
| | 4/12/01 | American Express | | $11,636.85 | | $11,636.85 |
| 900 | 4/20/01 | Mailboxes, Etc | (49.98) | | | |
| 901 | 4/20/01 | Skynet Web. LTD | (348.50) | | | |
| 902 | 4/20/01 | Network Solutions | (70.00) | | | |
| 903 | 4/23/01 | lightoffice tech | (968.75) | | | |
| 1001 | 4/30/01 | Registrars.com | (270.00) | | | |
| | 4/30/01 | Interest | | | $1.40 | |
| | 5/1/01 | Lantern Hill Assoc. | | $145.00 | | |
| 1002 | 5/9/01 | Skynet Web. LTD | (74.85) | | | |
| 1003 | 5/9/01 | Verio | (348.50) | | | |
| 1004 | 5/15/01 | lightoffice tech | (968.75) | | | |
| | 5/15/01 | NSF Check (Lantern Hill) | | ($145.00) | | |
| 1005 | 6/13/01 | lightoffice tech | (718.75) | | | |
| 1006 | 6/26/01 | lightoffice tech | (500.00) | | | |
| 1007 | 7/3/01 | lightoffice tech | (687.50) | | | |
| 1008 | 7/10/01 | SkyNetWeb Ltd | (348.50) | | | |
| | 8/7/01 | Stamps.com | | $145.77 | | |
| | 11/1/01 | Northern Trust Company | | $4,502.24 | | |
| | 11/5/01 | Bryan Kruchten DDA | | $3,078.58 | | |
| | Totals | | (5,354.08) | 16,284.86 | 1.40 | $10,932.18 |