UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-523 ADM/RLE

FEDERAL TRADE COMMISSION,

Plaintiff,

v.

BRYAN J. KRUCHTEN, doing business as PAGE CREATORS d/b/a PAGECREATORS.NET,

and

TRINITY HOST, LLC d/b/a TRINITYHOST.COM,

Defendants.

**STIPULATED ORDER TO STAY ALL PROCEEDINGS AND DEADLINES PENDING SETTLEMENT**

The parties, by counsel, jointly submit the following Stipulated Order to Stay All Proceedings and Deadlines Pending Settlement as follows:

1. WHEREAS the above captioned case was filed on March 26, 2001.

2. WHEREAS the Defendants, with advice of counsel, and counsel for the Federal Trade Commission ("FTC" or "Commission") have negotiated an agreement settling the above captioned matter in the form of a proposed Stipulated Final Order;

3. WHEREAS the proposed Stipulated Final Order has been signed by the Defendants;

4. WHEREAS the FTC is an independent federal agency whose rules require the Commission to vote on all settlements negotiated by staff and signed by defendants. Counsel for the FTC has agreed to recommend the proposed Stipulated Final Order to the Commission.

32

FILED JAN 17 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

The process of Commission review will take some time. Once approval is granted, Plaintiffs will submit the proposed Stipulated Final Order to the Court for approval; and

5. WHEREAS the proposed Stipulated Final Order would result in a complete resolution of all matters pending before this Court. Any continuing proceedings in this case while the Commission is conducting its approval process would, therefore, constitute a waste of judicial time and resources, as well as those of the parties.

The parties, therefore, jointly stipulate to a stay of all proceedings in this matter, as well as all deadlines imposed by the Federal Rules of Civil Procedure, the Local Rules of the District of Minnesota and the Individual Rules of the Court for a period of ninety (90) days from the date of this order or until the parties agree to lift the stay, whichever is sooner. This stay does not affect the preliminary injunction issued on April 24, 2001.

SO ORDERED this 17th day of January, 2002

Raymond L. Erickson

RAYMOND L. ERICKSON
United States Magistrate Judge

So Stipulated:

______________________________ Date: 12/20/01

Steven M. Wernikoff
Federal Trade Commission
IL Attorney ID 6226357
55 E. Monroe St., #1860
Chicago, IL 60603
(312) 960-5634

Attorney for Plaintiff Federal Trade Commission

______________________________ Date: 12/18/01

Matthew P. Franzese, Esq.
Leuthner Law Office
1311 Broadway, Suite 2
P. O. Box 637
Alexandria, MN 56308
(320) 762-0259

Attorney for Defendants