**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**DIVISION**

---

FEDERAL TRADE COMMISSION,

Plaintiff,

v.

BRYAN J. KRUCHTEN, doing business as PAGE CREATORS d/b/a PAGECREATORS, NET,

and

TRINITY HOST, LLC d/b/a TRINITYHOST.COM,

Defendants.

**Case No. 01-5233 ADM/RLE**

**ORDER**

---

IT IS HEREBY ORDERED that the Receivers are authorized to disperse $5,290.00 in Receivership funds to Greene Espel, PLLP, for payment towards the invoice attached at Exhibit A.

Dated: July 24, 2002

Ann D. Montgomery
Judge of the District Court

2302884.1

FILED AUG 0 7 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

(612)373-0830

Greene Espel, P.L.L.P.
ATTORNEYS AT LAW

Fed. ID #41-1745818

200 South Sixth Street, Suite 1200
Minneapolis, Minnesota 55402

**July 22, 2002**

**Bryan J.Krutchen**
**Page Creators/d/b/a pagecreators.net**
**108 5th Avenue East**
**Osakis, MN 56360**

**Invoice #** **22074**

In the matter of: FTC v. Bryan Krutchen, doing business as Page Creators d/b/a pagecreators.net and Trinity Host, LLC d/b/a trinityhost.com

Our file number: 2465 0001 BTJ

***This invoice contains charges through July 31, 2002***

---

## *Matter Account Summary:*

| | |
|---|---|
| ***Net total of this invoice*** | ***$0.00*** |
| Balance forward | $41,752.50 |
| ***Please pay this amount*** | ***$41,752.50*** |

| 1 to 30 Days | 31 - 60 Days | 61-90 Days | 91-120 Days | Over 120 Days |
|---|---|---|---|---|
| $0.00 | $0.00 | $0.00 | $0.00 | $41,752.50 |

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW

ATLANTA
BOSTON
CHICAGO
LOS ANGELES
MINNEAPOLIS
NAPLES
ORANGE COUNTY
SAINT PAUL
WASHINGTON, D.C.

2800 LASALLE PLAZA
800 LASALLE AVENUE
MINNEAPOLIS, MINNESOTA 55402-2015
TELEPHONE (612) 349-8500
FACSIMILE (612) 339-4181
www.rkmc.com

**BECKY R. THORSON**
**(612) 349-8756**

July 23, 2002

The Honorable Ann D. Montgomery
U.S. District Court
District of Minnesota
300 South 4th Street
Minneapolis, MN 55415

Re: FTC v. Bryan Kruchten, et al.
Court File No. 01-523 ADM/RLE (D. Minn.)
Our File No. 122118-0000

Dear Judge Montgomery:

Enclosed for your consideration is a proposed order allowing the Receivership to disperse additional funds to Greene Espel. A current invoice is attached to the proposed order as Exhibit A. This total amount was recently collected through the sale of Receivership Assets. The remaining assets include jewelry and a large screen television. Our plan is to try to collect and sell the remaining assets as well.

Very truly yours,

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

Becky R. Thorson

BRT/mrl
Enclosure

20009016.1