**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**DIVISION**

---

FEDERAL TRADE COMMISSION,

Plaintiff,

v.

BRYAN J. KRUCHTEN, doing business as PAGE CREATORS d/b/a PAGECREATORS, NET,

and

TRINITY HOST, LLC d/b/a TRINITYHOST.COM,

Defendants.

---

**Case No. 01-5233 ADM/RLE**

**ORDER**

IT IS HEREBY ORDERED that the Receivers are authorized to disperse $3,000.00 in Receivership funds to Greene Espel, PLLP, for payment towards outstanding amounts relating to the invoice attached at Exhibit A.

Dated: December 12, 2002

Ann D. Montgomery
Judge of the District Court

2302884.1

FILED DEC 12 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

(612)373-0830

Greene Espel, P.L.L.P.
ATTORNEYS AT LAW

Fed. ID #41-1745813

200 South Sixth Street, Suite 1200
Minneapolis, Minnesota 55402

July 22, 2002

Bryan J.Krutchen
Page Creators/d/b/a pagecreators.net
108 5th Avenue East
Osakis, MN 56360

Invoice # 22074

In the matter of: FTC v. Bryan Krutchen, doing business as Page Creators d/b/a pagecreators.net and Trinity Host, LLC d/b/a trinityhost.com

Our file number: 2465 0001 BTJ

*This invoice contains charges through July 31, 2002*

---

## *Matter Account Summary:*

| | |
|---|---|
| ***Net total of this invoice*** | ***$0.00*** |
| Balance forward | $41,752.50 |
| ***Please pay this amount*** | ***$41,752.50*** |

| 1 to 30 Days | 31 - 60 Days | 61-90 Days | 91-120 Days | Over 120 Days |
|---|---|---|---|---|
| $0.00 | $0.00 | $0.00 | $0.00 | $41,752.50 |

Exhibit A