UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

FEDERAL TRADE COMMISSION,

Plaintiff,

v.

BRYAN J. KRUCHTEN, doing business as PAGE CREATORS d/b/a PAGECREATORS, NET,

and

TRINITY HOST, LLC d/b/a TRINITYHOST.COM,

Defendants.

Civil No. 01-523(ADM/RLE)

ORDER

---

IT IS HEREBY ORDERED that the Receivers are authorized to close the receivership bank account at M&I Marshall & Ilsley Bank, Account No. 4416376 and to disburse the $1,330.44 in receivership funds as follows:

$1,000 to Greene Espel PLLP;

$330.44 to Robins, Kaplan, Miller & Ciresi, L.L.P.

s/Ann D. Montgomery
JUDGE ANN D. MONTGOMERY
U.S. DISTRICT COURT

Dated: March 2, 2004